IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Winters, Terry

Printed: 10/9/07

Case Number: 04 B 25213
Judge: Squires, John H
Filed: 7/6/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: September 13, 2007
Confirmed: August 25, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 13,158.68 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 7,868.52 |
| Priority: |  | 1,884.59 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 681.89 |
| Other Funds: |  | 23.68 |
| Totals: | 13,158.68 | 13,158.68 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Resurgent Capital Services | Secured | 0.00 | 0.00 |
| 3. | Internal Revenue Service | Priority | 1,566.01 | 1,566.01 |
| 4. | Illinois Dept of Revenue | Priority | 318.58 | 318.58 |
| 5. | Cavalry Portfolio Services | Unsecured | 243.12 | 1,265.37 |
| 6. | Illinois Dept of Revenue | Unsecured | 9.34 | 48.61 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 183.00 | 952.45 |
| 8. | Internal Revenue Service | Unsecured | 2.33 | 12.13 |
| 9. | Resurgent Capital Services | Unsecured | 1,040.84 | 5,417.18 |
| 10. | CFC Financial Corp | Unsecured | 33.20 | 172.78 |
| 11. | Internal Revenue Service | Priority |  | No Claim Filed |
| 12. | Wells Fargo | Unsecured |  | No Claim Filed |
| 13. | US Cellular | Unsecured |  | No Claim Filed |
| 14. | Sprint | Unsecured |  | No Claim Filed |
|  |  |  | $ 6,096.42 | $ 12,453.11 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 184.60 |
| 4% | 42.60 |
| 3% | 24.14 |
| 5.5% | 188.29 |
| 5% | 54.04 |
| 4.8% | 188.22 |
| 5.4% | 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Winters, Terry | Case Number:  04 B 25213 |
| | Judge:  Squires, John H |
| Printed:  10/9/07 | Filed:  7/6/04 |

$$\overline{\phantom{xxxxxxxxx}}$$
$ 681.89

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

      Marilyn O. Marshall, Trustee, by:

      _Denise Ashley_____